**LAND O'LAKES, INC., Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee.**

No. 2011–1569.

United States Court of Appeals, Federal Circuit.

June 8, 2012.

Devan V. Padmanabhan, Dorsey & Whitney LLP, of Minneapolis, MN, argued for appellant. With him on the brief was Paul J. Robbennolt. Of counsel was Michelle E. Dawson.

Lynne E. Pettigrew, Associate Solicitor, United States Patent and Trademark Of-

fice, of Alexandria, VA, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

Before RADER, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**